UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 06-51719-TJT
TINNICA MARIE FAVORS  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

      Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| TINNICA MARIE FAVORS<br>24321 BERKLEY<br>OAK PARK, MI 48237-0000<br>SSN: XXX-XX-0958 | N/A | N/A | DEBTOR REFUND | 1226520 | 12/31/09 | $ 759.89 |

DATED: January 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    0268221
DETROIT, MICHIGAN 48231-1930

0651719  007414  00000  1226520
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 12/31/2009  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1226520

| 0651719 | TINNICA MARIE FAVORS | | | 759.89 | 0.00 | 759.89 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79/611

**CHECK NO. 1226520**  
SunTrust Bank

FOR TINNICA MARIE FAVORS  
BK:0651719 ACCT:  
PRIN: 759.89   INT: 0.00

DATE Dec 31, 2009

AMOUNT  
********759.89

PAY **759.89**  
Seven Hundred Fifty-Nine And 89 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $759.89  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

⑈1226520⑈ ⑆061100790⑆ 000000575151 6⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

TINNICA MARIE FAVORS

            Debtor

CASE NO. 06-51719-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**MARSHALL D SCHULTZ**
**24100 SOUTHFIELD RD #203**
**SOUTHFIELD, MI  48075**

**Last Known Address for Debtor:**

**TINNICA MARIE FAVORS**
**24321 BERKLEY**
**OAK PARK, MI  48237**

DATED: January 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI  48226